Stephen S. Skinner
Chief U.S. Probation Officer

Sean Bernhard
Deputy Chief U.S. Probation Officer

United States Probation Office
Western District of Oklahoma

# MEMORANDUM

**To:**       The Honorable Joe Heaton
              United States District Judge

**From:**     John Sheth
              Supervisory U.S. Probation Officer

**Subject:**  Tyrone Kasean Dicks
              CR-22-427-HE

**Date:**     February 1, 2023

## VIOLATION REPORT/NO ACTION REQUESTED

**RELEASE STATUS:** On October 20, 2022, the defendant was released on a $5,000 unsecured bond, with condition to include not use or unlawfully possess a narcotic drug or other controlled substance. On December 8, 2022, the defendant entered a guilty plea before Your Honor and was allowed to remain on bond. No sentencing date has been set.

**APPARENT VIOLATION:** On December 1, 2022, the defendant submitted a positive urine specimen for marijuana. On January 20, 2023, the defendant submitted a positive urine specimen for marijuana. The defendant admitted to using marijuana prior to the submission of both tests.

**SUMMARY OF DEFENDANT'S ADJUSTMENT TO SUPERVISION:** The defendant's adjustment to supervision has been marginal. The defendant was released from custody on November 19, 2022, and has used marijuana twice.

**SUMMARY OF OFFICER INTERVENTION:** The U.S. Probation Office in the Central District of California is actively supervising Mr. Dicks and have addressed the above noted violations with him. Mr. Dicks will continue with substance abuse testing.

**RECOMMENDATION:** It is respectfully recommended that no court action be taken in response to this violation. Assistant U.S. Attorney Danielle London and defense counsel Lance Phillips have been contacted about the aforementioned violation and presented no objections to the recommendation.

| Respectfully submitted by, | COURT ACTION DESIRED |
|---|---|
| *[signature]* | ☒ Agree with Officer's recommendation. |
| John Sheth<br>Supervisory U.S. Probation Officer | ☐ Other |
| Reviewed by, | |
| *C. Jones [signature]* | *[signature]* |
| Candice Jones<br>Senior U. S. Probation Officer | Signature of Judicial Officer |