# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET OF SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                       Plaintiff, )<br>vs.                              )<br>**TYRONE KASEAN DICKS,**  )<br>                       Defendant. ) | NO.   CR-22-00427-001-HE |

**Appearances**:

**Government**: Danielle London, AUSA

**Defendant**: Lance Phillips, Esq. (cja)

| **Judge Joe Heaton, Presiding** | Date and Time: **04/20/2023 at 10:00 a.m. to 10:30 a.m.**<br>Total Time: **30 minutes** |
|---|---|
| Lisa Minter, Deputy Clerk | Probation/Pretrial: Cheree Harris, USPO |
| Casey Kerr, Court Reporter | |

**SENTENCING PROCEEDINGS**:

**Hearing Type**: ☒ Sentencing Hearing - Non-Evidentiary/Non-Contested. **Defendant sentenced before the court on 04/20/2023 on Count 1 of the 4 Count Indictment returned 10/05/2022.**

**Sentencing Hearing Status**: ☒ **Sentencing Hearing held, and Sentence imposed.**
☒ The court hears **Oral Arguments from counsel**; ☐ Exhibits Offered and Admitted into Evidence.
☐ Objections to PSR heard; ☐ Plea Agreement Accepted; ☐ Plea Agreement NOT Accepted;
☒ **Sentencing Guidelines Applicable**. ☐ The court Departs Upward; ☐ The court Departs Downward.
☒ Other: **the court adopts the revised presentence report dated 03/15/2023 as the findings of the court on all factual levels**.

**SENTENCING TEXT**:
☐ . . Defendant placed on Probation for a term of _____ **months**.
☒     Defendant committed to **CUSTODY** of the **BOP** for a term of imprisonment of **15 months** to run concurrently with state court charges.
☒ . . Upon release from Custody the defendant shall be placed on **Supervised Release** for term of **3 years**.
☒ . . **Standard and Special Conditions Imposed**.

☐ . . The court does not impose a term of Supervised Release.

**FINE, RESTITUTION AND OR ASSESSMENTS**:
☒ . . . The court does not impose a **Fine**.
☒ . . .**Restitution** is ordered in the amount of **$ 36,080.00**.  *See* Judgment and Commitment Order for specifics.
☒ . . . **$ 100.00 Mandatory Special Assessment imposed as to each Count 1 of the Indictment and is due immediately.**

**FURTHER ORDERS OF THE COURT**:
☒ . . . **Order of dismissal** dismissing **counts 2, 3, and 4** on government's motion.
☒ . . . Defendant Advised of his/her **right to appeal**.
☐ . . . Defendant Requests Clerk to enter Notice of Appeal.
☒ . . . **Government's Motion for Preliminary Motion for Forfeiture** [Doc. #47] is **DENIED**.

**CUSTODY/SURRENDER/RECOMMENDATIONS**:
☐ . . Defendant ordered to surrender to the designated institution at
☐ . . Defendant failed to appear, bench warrant to be issued.
☒ . . **Bond** ☐ continued; ☒ **revoked**.
☐ . . . Defendant Custody/Detention **Continued**.
☒ . . . Defendant **REMANDED** to Custody of the U.S. Marshal pending service of sentence.
☒ . . . Court **recommends** incarceration at a **FCI Allenwood, Pennsylvania**.

**OTHER PROCEEDINGS/INFORMATION**: *See* Judgment and Commitment Order for Specifics.

**Court Adjourned.**